*MADE JS-6*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETE S. GUINAN,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>UNITED PARCEL SERVICE, INC.; PACKAGE & UTILITY DRIVERS LOCAL 396, AFFILIATED WITH THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN AND HELPERS OF AMERICA; DOE 1 THROUGH DOE 50; DOE 1 CORPORATION THROUGH DOE 10 CORPORATION 10; DOE 1 PARTNERSHIP THROUGH DOE 10 PARTNERSHIP,<br><br>　　　　　Defendants. | CASE NO. CV 11-03905-GW(CWx)<br><br>**JUDGMENT**<br><br>Dept:　　10<br>Judge:　　George H. Wu<br><br>Compl. Filed:　February 14, 2011<br>Trial Date:　　July 31, 2012 |

LEGAL_US_W # 71260143.1

[PROPOSED] JUDGMENT

On April 19, 2012, the Court adopted as final its tentative order granting, in full, Defendant United Parcel Service, Inc. ("UPS") and Defendant Package and Utility Drivers, Teamsters Local Union No. 396's ("Local 396") (collectively "Defendants") Motions For Summary Judgment Or, in the Alternative, Partial Summary Judgment, finding that there is no genuine issue of material fact as to any of Plaintiff Pete Guinan's ("Plaintiff") claims and that Defendants are entitled to judgment as a matter of law on all of Plaintiff's claims.

At the April 19, 2012 hearing, Holly R. Lake and Kelly Hsu appeared for Defendant UPS and Elizabeth Rosenfeld appeared for Defendant Local 396. Williams Evans appeared for Plaintiff. The Court ruled that its tentative order would be its final ruling and granted full summary judgment to Defendants.

The foregoing having fully adjudicated all causes of action in Plaintiff's operative complaint, the Court hereby enters judgment as follows:

1. Judgment is entered in favor of Defendants UPS and Local 396;
2. Plaintiff takes nothing by his complaint and his complaint is dismissed with prejudice; and
3. Defendants UPS and Local 396 are to recover from Plaintiff its costs of suit herein.

IT IS SO ORDERED.

Dated:   April 24, 2012

_/s/ George H. Wu_
Honorable George H. Wu
District Judge of the United States District Court

Respectfully submitted,
DATED:  April 20, 2012         PAUL HASTINGS LLP


By: _____/s/ - Holly R. Lake_____
       HOLLY R. LAKE
Attorneys for Defendant
UNITED PARCEL SERVICE, INC.